AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

205 SUGARBERRY LANE,
MONCKS CORNER, SOUTH CAROLINA, 29461

)
)
)
)
)
)

Case No. 2: 19cr641

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

205 SUGARBERRY LANE, MONCKS CORNER, SOUTH CAROLINA, 29461

located in the _____ District of ___South Carolina___, there is now concealed *(identify the person or describe the property to be seized):*
evidence, fruits and/or instrumentalities of possession of firearms and ammunition by a prohibited person

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Possession of firearms and ammunition by a prohibited person |
| 18 USC 922(d) | Transfer of firearms and ammunition to a prohibited person |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Task Force Officer Jerome DeSheers, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __July 10, 2019__

*Judge's signature*

City and state: Charleston, SC

Bristow Marchant, U. S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN THE MATTER OF SEARCHING THE PREMISES KNOWN AS 205 SUGARBERRY LANE, MONCKS CORNER, SOUTH CAROLINA, 29461 | ) ) ) ) |

## AFFIDAVIT

I, Jerome N. De Sheers, a Task Force Officer (TFO) with the Charleston Resident Agency of Federal Bureau of Investigation (FBI), being duly sworn, deposes and states:

## AFFIANT'S EXPERIENCE

1. I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code, Section 2510(7), and empowered by federal law to investigate and make arrests for offenses enumerated in Section 2518 of Title 18 of the United States Code.

2. I have been a sworn law enforcement officer for the North Charleston Police Department (NCPD) since February of 2008 and was first assigned to the patrol division where I patrolled the streets of North Charleston in uniform and a marked police car. In December of 2011, I was assigned to the Investigation Unit of the NCPD. My duties and my responsibilities focused on the investigation of property crimes and violent crimes in the jurisdiction of the City of North Charleston. Since February of 2015, I have been assigned to the Charleston FBI Task Force as a task force officer and my duties and responsibilities shifted to investigating violent gangs operating inside and outside the borders of the United States. As a result of my law enforcement experience, I have participated in hundreds of investigations and prosecutions and have investigated violations of law involving controlled substance and firearms. I have conducted surveillance, arrested suspects, executed search warrants, seized evidence, prepared investigative reports,

1

handled and debriefed informants, worked with cooperating defendants, monitored intercepted calls, questioned suspects and secured relevant information using numerous other investigative techniques. I have assisted with the preparation of cases for trial and has testified before the federal grand jury. Additionally, I have consulted with other agents and prosecuting attorneys in matters dealing with federal controlled substance and firearms violations and I have had training and experience in the area of identifying and interdicting illegal controlled substances.

3. I have conducted investigations into the unlawful possession, importation, possession with intent to distribute, and distribution of controlled substances, and the conspiracies associated with these networks. Through the experience I have gained during my criminal investigations and additional training I have received, I have become familiar with the distribution methods used by controlled substance traffickers, including, but not limited to, the methods of importing, packaging, transferring and distributing controlled substances, the use of cellular telephones, pagers, the use of numerical codes, code words and other methods of avoiding detection by law enforcement, as well as the types and amounts of profits made by controlled substance traffickers and the methods, language and terms that are used to disguise the source and nature of the profits from their illegal controlled substance dealing.

4. I am currently participating in this multi-agency investigation which involves the FBI, the United States Postal Inspection Service (USPIS), Homeland Security Investigations (HSI), the South Carolina Law Enforcement Division (SLED), the Charleston County Sheriff's Office (CCSO), the North Charleston Police Department (NCPD), and the City of Charleston Police Department (CPD).

### PURPOSE OF AFFIDAVIT

5. This Affidavit is submitted in support of an application for a warrant to search the residence located at **205 Sugarberry Lane, Moncks Corner, South Carolina, 29461**. Based on my training and experience

and the facts as set forth in this affidavit, there is probable cause to search the premises described in Attachment A for the purpose of obtaining, identifying, and locating evidence, fruits and instrumentalities of possession of firearms and ammunition by a prohibited person, in violation of Title 18, United States Code, Section 922(g)(1).

## FACTS AND CIRCUMSTANCES

6. On June 11 2019, Lamar Louis Johnson, a/k/a "McJag" (hereinafter known as JOHNSON was indicted along with five co-defendants for conspiring to possess with intent to distribute and to distribute cocaine. JOHNSON was also indicted for possession with intent to distribute 500 grams or more of cocaine and use of a communication facility to facilitate drug trafficking.

7. On July 10, 2019, at approximately 6:00 a.m., officers arrived at JOHNSON's residence at **205 Sugarberry Lane, Moncks Corner, South Carolina, 29461** to execute a federal arrest warrant for JOHNSON based on the Indictment. During a protective sweep of the residence, officers observed ammunition in plain view in the master bedroom. At the time of his arrest, JOHNSON waived his Miranda rights and stated that he was aware of two firearms in the residence but did not know their location. JOHNSON's wife was also present, waived her Miranda rights and stated that there were two firearms in her daughter's bedroom that belonged to her. After JOHNSON's wife consented to officers retrieving the firearms for officer safety purposes, officers then recovered two firearms from the residence, however they did not seize the ammunition that was observed in plain view. JOHNSON has prior convictions for crimes punishable by a term of imprisonment exceeding one year. JOHNSON also admitted that he was aware that he is prohibited from lawfully possessing firearms. While JOHNSON's wife claimed ownership of the firearms, given the facts and circumstances, including the ammunition in plain view in JOHNSON's bedroom, it is your affiant's belief that JOHNSON's knowledge of the presence



and location of the firearms indicates that he has a possessory interest in those firearms and any ammunition located in the residence. See Moore v. United States, No. 10-762, 2013 WL 5819276, at * 3 (D.S.C. Oct. 29, 2013), citing United States v. Gallimore, 247 F.3d 134, 136-137 (4th Cir. 2001).

## NEED FOR SEARCH WARRANT

8.   Based upon the above, I believe sufficient probable cause exists to support an application for a warrant to search the residence located at **205 Sugarberry Lane, Moncks Corner, South Carolina, 29461**, for evidence pertaining to the possession of firearms and ammunition by a prohibited person, in violation of Title 18, United States Code, Section 922(g)(1), and transfer of firearms to a prohibited person, in violation of Title 18, United States Code, Section 922(d), and that these items will be located upon the execution of the search warrant for which authorization is sought herein.

Respectfully Submitted

Task Force Officer Jerome De Sheers
Federal Bureau of Investigation

SWORN to and SUBSCRIBED before me
this 10th day of July, 2019.

Honorable Bristow Marchant
United States District Judge
District of South Carolina